UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

RECEIVED
01 MAR 27 PM 1:50
CLERK, U.S. DIST. COURT
DULUTH, MN

March 27, 2001

To: Mr. James K. Langdon II
Mr. Andre Hanson
Dorsey & Whitney LLP
Pillsbury Center South
220 South Sixth St.
Minneapolis, MN 55402

**LETTER ORDER**

Re: Gaona, et ux v. Town Country Credit
et al.
Civ. No. 01-44 (PAM/RLE)

Dear Counsel:

On March 26, 2001, you filed Defendant Town & Country Credit's Motion for a Protective Order in the above-entitled action. The Motion has been stricken because it is in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

The copies that were submitted are to be returned to counsel.

**The Clerk of Court is directed to strike the Motion.**

Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Counsel of Record

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK