# UI ED STATES COURT OF A. .'EALS

## FOR THE EIGHTH CIRCUIT

01-44 PAM/RLE

No. 02-1066

| | | |
|---|---|---|
| Peter M. Gaona; Annah M. Gaona,<br><br>Appellants,<br><br>vs.<br><br>Town & Country Credit; The Chase Manhattan Bank,<br><br>Appellees. | * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

March 31, 2003

Order Entered in Accordance with Opinion

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A ... COPY OF THE ORIGINAL ... CLERK ... STATES COURT OF APPEALS ... EIGHTH CIRCUIT

BY: Michael E. Gans

FILED 4-30-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MKL

55