UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * 

Peter M. Gaona and Annah M. Gaona,

Plaintiffs,

vs. NOTICE OF STATUS CONFERENCE

Johnna Giguere; Town & Country Credit
and The Chase Manhattan Bank, N.A.,

Defendants. Civ. No. 01-44 (PAM/RLE)

* * * * * * * * * * * * * * * * * * 

Pursuant to instructions from the Hon. Paul A. Magnuson, a Status Conference is scheduled for **Monday, July 19, 2004, at 1:30 p.m.**, before Magistrate Judge Raymond L. Erickson. This Status Conference may be conducted by telephone and the parties are to make the necessary arrangement.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: June 21, 2004