# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Peter M. Gaona and Annah M. Gaona, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: Civ. 01-44 (PAM/RLE) |
| | ) | Date: July 19, 2004 |
| Johnna Giguere; Town & Country Credit and | ) | Court Reporter: 04-37 |
| The Chase Manhattan Bank, N.A., | ) | Time Commenced: 1:30 p.m. |
| | ) | Time Concluded: 1:45 p.m. |
| Defendant. | ) | Time in Court: 0 Hours & 15 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: John M. Tancabel
Defendant: Andre Hanson

PROCEEDINGS:

☒ Appearances made on the record.

☒ Counsel is to get back to the Court within one week.

s/Victoria L. Miller
Judicial Assistant