**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | | |
|---|---|---|
| Peter M. Gaona and Annah M. Gaona,<br><br>Plaintiffs,<br><br>v.<br><br>Town & Country Credit and The Chase Manhattan Bank,<br><br>Defaults. | ) | Case No. 01-CV-44PAM/RLE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |

The parties in the above-entitled matter, Plaintiffs Peter M. Gaona and Annah M. Gaona and Defendant Town & Country Credit Corporation hereby stipulate to the dismissal with prejudice of all remaining claims between Plaintiffs and Defendant Town & Country Credit Corporation, each side to bear its own costs. Nothing in this stipulation shall affect any remedies that former defendant the Chase Manhattan Bank may have against the Plaintiffs.

August 11, 2004

JOHN TANCABEL LAW OFFICE

By: s/ John M. Tancabel
John M. Tancabel (# 108273)
895 Osceola Avenue
St. Paul, MN 55105
(651)224-1244
Attorney for Plaintiffs

October 14, 2004

DORSEY & WHITNEY LLP

By: s/ James K. Langdon II
James K. Langdon II (# 171931)
Andre Hanson (# 258234)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-5624
Attorneys for Defendant Town & Country Credit Corporation