**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Case No. 01-CV-0044 (PAM/RLE)

Peter M. Gaona and Annah M. Gaona,

Plaintiffs,

v.

Town & Country Credit and The Chase Manhattan Bank,

Defendants.

**ORDER**

Based on the Stipulation of the remaining parties, plaintiffs Pedro ("Peter") M. Gaona and Annah M. Gaona and Defendant Town & Country Credit Corporation, the remaining claims in this matter are hereby dismissed with prejudice, each side to bear its own costs. Nothing in this Order shall affect any remedies that former defendant the Chase Manhattan Bank may have against the Plaintiffs.

Dated: October 19, 2004

**BY THE COURT:**

s/ Paul A. Magnuson
Hon. Paul A. Magnuson